```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FORT SMITH DIVISION
```

**CRAIG ALLEN HARRIS**                                                          **PLAINTIFF**

**v.**                         **Civil No. 06-2142**

**THURMAN RAGAR, JR., Public Defender;**
**SCOTT HOUSTON, Prosecuting Attorney;**
**and GARY COTTRELL, Circuit Judge**                                          **DEFENDANTS**

## O R D E R

Now on this 11th day of December, 2006, comes on for consideration the **Magistrate Judge's Report and Recommendation** (Doc. 6) herein and the **Plaintiffs' Objections to the Magistrate Judge's Report and Recommendation** (Docs. 7, 9).

The Court has reviewed this case *de novo* and, being well and sufficiently advised, finds that the plaintiff's objections offer neither law nor fact requiring departure from the Report and Recommendation and the same should be, and it hereby is, adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation of the Magistrate Judge** is **adopted** *in toto* and the plaintiff's complaint is **DISMISSED** on the grounds that the claims are frivolous, fail to state claims upon which relief can be granted, are asserted against individuals immune from suit, or are not presently cognizable under 42 U.S.C. § 1983.  *See* 28 U.S.C. § 1915(e)(2)(B).

**IT IS FURTHER ORDERED** that plaintiff's **Motion for Appointment of Counsel (Doc. 8)** is **DENIED**.

**IT IS SO ORDERED.**

                                    **/s/Jimm Larry Hendren**
                                        HON. JIMM LARRY HENDREN
                                        UNITED STATES DISTRICT JUDGE